## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 20 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Michael Gonzalez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/22/2008. Defendant appears in response to arrest on 5/21/2008. Defendant informed of his rights. Robert A. Novelle and Timothy R. Roellig file their appearances as retained counsel for defendant. Government seeks detention. Detention hearing set for 5/27/2008 at 3:40 p.m. Defendant to remain in custody pending further court proceedings. The U.S. Marshal's Service is to draw attention to the medical needs of Michael Gonzalez. Order to follow.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|