U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

US v. Michael A. Gonzalez
Δ # 20

Case Number:

08 CR 401-20

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael A. Gonzalez
Δ # 20

FILED
MAY 22 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| NAME (Type or print) Timothy R. Roellig |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM Novelle & Roellig LLC |
| STREET ADDRESS 47 W Polk St, Ste M-11 |
| CITY/STATE/ZIP Chicago IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6230135 | TELEPHONE NUMBER 312-786-1100 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐